**Order entered September 25, 2013**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-13-00002-CV

**PILOT TRAVEL CENTERS, LLC, Appellant**

**V.**

**JOAN MCCRAY, JAMES MCCRAY, AND SHAMEKIA GULLATTE, AS NEXT FRIEND OF BRANDON GULLATTE, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09096-M**

## ORDER

On our own motion, our opinion and judgment of July 10, 2013 are **ORDERED** withdrawn. We **DIRECT** the Clerk to **REINSTATE** this appeal. We **ORDER** the Dallas County District Clerk to file a supplemental record within **FIFTEEN DAYS** of the date of this order containing the trial court's September 25, 2013 Order on Pilot Travel Centers, LLC's Motion to Reconsider. An opinion and judgment in the above-numbered cause will issue in due course.

/s/ ROBERT M. FILLMORE
JUSTICE